# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FOTOBOM MEDIA, Inc.<br><br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No. 22-cv-00712 (APM)<br><br>HON. AMIT P. MEHTA |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), Daniel V. Dorris withdraws his appearance as counsel for Plaintiff Fotobom Media, Inc.

All other counsel listed on the docket from the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. will continue to represent Fotobom Media, Inc. in this matter.

Date: November 11, 2022

Respectfully submitted,

/s/ *Daniel V. Dorris*
Daniel V. Dorris (DC Bar No. 1012305)
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel: (202) 326-7938
Fax: (202) 326-7999
Email: ddorris@kellogghansen.com

*Withdrawing as Counsel for Plaintiff Fotobom Media, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 11, 2022, I caused an electronic copy of the foregoing document to be served electronically by the Court's Electronic Case Filing (ECF) System.

                                                    /s/ *Daniel V. Dorris*
                                                    Daniel V. Dorris