## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fotobom Media, Inc.,

                              Plaintiff,

  v.

Google LLC,

                             Defendant.

Case No. 1:22-cv-00712-APM

HON. AMIT P. MEHTA

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Youlin Yuan hereby withdraws as attorney of record for defendant Google LLC ("Google") in the above-captioned matter. Williams & Connolly LLP will continue as counsel for Google.

Dated:  December 30, 2024                    Respectfully submitted,


                                            WILLIAMS & CONNOLLY LLP

                                            By: */s/ Youlin Yuan*
                                            Youlin Yuan (D.C. Bar No. 1613542)
                                            680 Maine Avenue, SW
                                            Washington, DC 20024
                                            Tel: 202-434-5000
                                            yyuan@wc.com

                                            *Counsel for Defendant Google LLC*