```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
        Plaintiffs,                )
                                   )    CV No. 20-3010
     vs.                           )    Washington, D.C.
                                   )    April 14, 2022
GOOGLE LLC,                        )    8:45 a.m.
                                   )
        Defendant.                 )
_____)


                    TRANSCRIPT OF
        DISCOVERY HEARING RE THIRD-PARTY DISPUTE
             VIA TELECONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:       Kenneth M. Dintzer
                          U.S. DEPARTMENT OF JUSTICE
                          1100 L Street, NW
                          Washington, D.C.
                          (202) 307-0340
                          Email:
                          kenneth.dintzer2@usdoj.gov

                          Karl Edward Herrmann
                          U.S. DEPARTMENT OF JUSTICE
                          Technology
                          & Financial Services Section
                          450 Fifth Street, NW
                          Washington, D.C. 20001
                          (202) 476-0316
                          Email: karl.herrmann@usdoj.gov
```

APPEARANCES CONTINUED:

| | |
|---|---|
| For Plaintiff<br>State of Colorado: | Jonathan Bruce Sallet<br>COLORADO DEPARTMENT OF LAW<br>Consumer Protection Section,<br>Antitrust Unit<br>Ralph L. Carr<br>Colorado Judicial Center<br>1300 Broadway<br>Suite 7th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>Email: jon.sallet@coag.gov |
| For Defendant Google: | John E. Schmidtlein<br>WILLIAMS & CONNOLLY LLP<br>725 12th St., NW<br>Washington, D.C. 20005<br>(202) 434-5000<br>Email: jschmidtlein@wc.com |
| For Non-Party Petitioner<br>Apple Inc. | Steven C. Sunshine<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, D.C. 20005<br>(202) 371-7860<br>Email:<br>steven.sunshine@skadden.com |
| Court Reporter: | William P. Zaremba<br>Registered Merit Reporter<br>Certified Realtime Reporter<br>Official Court Reporter<br>E. Barrett Prettyman CH<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001<br>(202) 354-3249 |

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

1            P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good morning, Your Honor.
3    This is Civil Action 20-3010, United States of America v.
4    Google LLC.
5            Kenneth Dintzer, Jonathan Sallet, and Karl
6    Herrmann for the plaintiffs.
7            John Schmidtlein for Defendant Google.
8            And Steven Sunshine for third-party Apple, Inc.
9            THE COURT:  Okay.
10           Counsel, good morning to all; I hope everybody is
11   well.
12           As I suspect you all are aware, I'm a little bit
13   time limited this morning because I need to be somewhere, so
14   I've only got about 15, 20 minutes at most.  So why don't we
15   get right into it.
16           Why don't we start with the government, who I
17   understand has an issue concerning the length of the
18   30(b)(6) deposition for Apple.
19           MR. DINTZER:  Thank you, Your Honor.
20           And we'll be brief.  And we appreciate the Court
21   hearing our motion on an expedited basis and apologize for
22   the inconvenience.
23           We noticed a 30(b)(6) of Apple, along with various
24   fact witnesses.  Apple offered three witnesses to complete
25   its 30(b)(6) obligation.  We have planned about seven hours

1   of deposition time spread across the three witnesses.
2   We deposed the first of the three 30(b)(6) witnesses; we
3   spent about an hour with that witness.
4          Today, we depose the second Apple 30(b)(6)
5   witness.  Apple has said that they will walk out after the
6   4.5-hour mark -- giving us a total of about 5.5 between the
7   two witnesses -- that they'll walk out at the 4.5-hour mark
8   unless we agree to count this as two depositions on our
9   deposition counter.  The 80 depositions that have been
10  allowed under the CMO, they want us to count them as two.
11  Apple argues that if we want more than 5.5 hours of total
12  30(b)(6) deposition time, we can count it as two under our
13  total.
14         We've explained that, A, Apple is not a litigant
15  in this case and they don't have standing to discuss how the
16  depositions get counted, and, B, the CMO and the Federal
17  Rules state that we get seven hours in this 30(b)(6) depo,
18  and it counts as one.
19         Briefly how we get there.  The 2000 amendment to
20  the Federal Rules of Civil Procedure 30 says that if there
21  are multiple people designated under a 30(b)(6), the calling
22  party gets seven hours for each witness.  The amendment is
23  very clear.  So we would normally get, under the Federal
24  Rules, seven hours for each of these three witnesses.
25         Google has cross-noticed this 30(b)(6).  So under

1  paragraph 14 in the CMO when Google cross-notices, the
2  number goes from 7 to 5.5 per witness.  So we recognize
3  that, and we have said we won't get more than 5.5 for each
4  of the three 30(b)(6) witnesses.  So as far as how much time
5  we get per witness, we should get 5.5 hours, and we're not
6  expecting to take more.
7            The second question is, how they get counsel --
8            THE COURT:  So, I'm sorry, you're asking for 5.5
9  across three witnesses or for each witness?
10           MR. DINTZER:  We believe, for each witness, we are
11 allowed to take up to 5.5.  We do not expect, if you add up
12 the three witnesses, the total will not add up to more
13 than 7.  So we will keep it under 7 across them, but we may
14 take more than 5.5 today -- I mean, we will not get more
15 than 5.5 today.  We will keep it under 5.5 today, but we
16 might go close to that.
17           The CMO says that each side, as the Court knows,
18 for the 30(b)(6)s, that they get counted as groups of
19 7 hours.  Every 7 hours we spend in a 30(b)(6) counts as one
20 of our deposition notices.
21           We understand that, and so that's why, quite
22 honestly, we're going to keep -- across the three witnesses,
23 we're going to keep it under seven hours; we only want this
24 to count as one.
25           So as far as we're concerned, we're meeting the

1  two -- the rules, Federal Rules, the rules of the
2  cross-notice 5.5 and the rules of 7 hours for 30(b)(6)
3  counts as one.
4          Accordingly, we have -- there's no basis for Apple
5  to insist that this counts as two or that they say that
6  they'll walk after we hit the 4.5-hour mark today.  So
7  because they've said that, we've asked the Court to
8  intervene.
9          THE COURT:  Okay.
10         Let me just ask one clarification, Mr. Dintzer.
11 You've done one hour of 30(b)(6) so far; is that correct?
12         MR. DINTZER:  With Apple, approximately, that is
13 correct.
14         THE COURT:  Okay.
15         And you've said that you're entitled to 4.5 --
16 you're entitled to a total of 5.5 hours, right?  This is
17 under paragraph 14, correct, in the CMO?
18         MR. DINTZER:  It is paragraph 14.
19         We're entitled to seven hours for the 30(b)(6) --
20         THE COURT:  Right.
21         MR. DINTZER:  -- or as much as 5.5 per witness.
22 That's our take.  If we want to take more under the
23 30(b)(6), then it would count as a second deposition.
24 We don't intend to do that.
25         But Apple's position is that we only get

1  5.5 spread across the three witnesses, and that's where the
2  disagreement comes in; or they say or we get to count it as
3  a second deposition. We don't believe that they're in a
4  position to argue what counts as a deposition or not since
5  they're not a litigant.
6          THE COURT: All right. Okay.
7          All right. Let me hear from Mr. Sunshine.
8          MR. SUNSHINE: Good morning, Your Honor. And,
9  again, apologies that this issue is brought to you while
10 you're out.
11         I don't think Mr. Dintzer has accurately stated
12 Apple's position, but let me be clear. I think Your Honor,
13 your questions, you got to the nub of the issue. Apple
14 received one 30(b)(6) notice from DOJ, it had six broad
15 topics, covered 17 years, so we had to designate three
16 witnesses to respond to it. That same 30(b)(6) notice was
17 cross-noticed by Google. And so under the rules, that goes
18 to 11 hours and 5.5 hours per side.
19         As Mr. Dintzer said, they used one hour with
20 Mr. Perica last week. They have Mr. Cue, one of Apple's
21 most senior executives, today. And then they have a third
22 30(b)(6) scheduled for next week.
23         Our position was, under the CMO, the seven hours
24 has been modified to 11 hours because it's been
25 cross-noticed by Google.

1           We've never told DOJ that we would walk from the
2   deposition.  What we did tell DOJ was that Apple will
3   fulfill its obligations but we're not interested in
4   volunteering extra time.
5           So to the extent that for their one 30(b)(6)
6   notice, which has been cross-noticed by Google, to the
7   extent that they exceed 5.5 hours in the aggregate, that
8   we -- if they will represent to us that they have another
9   slot and they're using it, we will, of course, honor that
10  slot.  But DOJ has refused to concede that the CMO has
11  modified the aggregate time.  So that's the core of that
12  issue.
13          There is a second issue, Your Honor, which is that
14  our 30(b)(6) witness today, Mr. Cue, sat for a full day of
15  testimony yesterday on 30(b)(1), and the plaintiffs used,
16  I think, all but ten minutes of their time with Mr. Cue.
17  Mr. Cue is one of the top three executives at Apple.  This
18  is a very significant imposition.
19          What we want to make sure today as well is that
20  the plaintiffs don't try to extend their 30(b)(1) time by
21  asking him 30(b)(1) questions when he's up for a 30(b)(6).
22  So I think that's the second issue for today's deposition as
23  well, Your Honor.
24          THE COURT:  So let me ask:  What are you asking as
25  relief here, Mr. Sunshine?  That if Apple -- excuse me, if

1   the plaintiff uses 4.5 hours today, that the third 30(b)(6)
2   witness essentially -- well, let me put it this way:
3   That if they use the full four and a half today, if you get
4   the five and a half, that they would then not be able to use
5   any additional time for the last witness?
6           MR. SUNSHINE:  Well, Your Honor, I mean, to our
7   way of thinking, it's DOJ's litigation choice of how they
8   want to use their deposition slots.
9           We're not interested in volunteering any testimony
10  we're not required to give.  So if DOJ wants to use just one
11  slot, then our position is they get the 5.5 hours aggregated
12  over the three witnesses, the one last week, the one today,
13  and the upcoming witness.
14          If they want to use two slots, then it's not
15  Apple's preferred position, but we'll abide by the CMO.
16  We're not a party to the CMO, of course, so --
17          THE COURT:  Right.
18          I'm sorry, but your position is that if plaintiffs
19  want to use two more slots to complete the 30(b)(6), they've
20  got four and a half hours to do it; is that right?
21          MR. SUNSHINE:  For the remaining two, that's
22  correct --
23          THE COURT:  Right.  Okay.
24          MR. SUNSHINE:  -- under the 5.5 hours -- yes,
25  that's right --

```
1                    THE COURT:  That's right.  Okay.
2                    MR. SUNSHINE:  -- because we still have been
3      cross-noticed by Google.
4                    THE COURT:  Right.  Okay.
5                    All right.  And so, Mr. Dintzer, you've said
6      that -- the government has said that it will not take seven
7      hours total across all three witnesses; is that right?
8                    MR. DINTZER:  Yes, Your Honor.
9                    And so the -- under the CMO, seven hours equals
10     one of our depositions.
11                   THE COURT:  Right.
12                   MR. DINTZER:  I mean, it explicitly says that in
13     the 30(b)(6).
14                   So we believe that Apple is cutting and pasting
15     different pieces to come up to this limitation that doesn't
16     exist in the CMO.
17                   THE COURT:  So let me ask this -- Mr. Schmidtlein,
18     are you on?
19                   MR. SCHMIDTLEIN:  Yes, Your Honor.
20                   THE COURT:  Okay.
21                   So if what Mr. Dintzer says is -- if what
22     Mr. Dintzer is asking, which I understand to be that the
23     plaintiffs get to use seven hours with respect to these
24     30(b)(6) witnesses across all three of them, what's Google's
25     position as to how much time it wishes to use?  Because at
```

1   least as of -- I mean, the way the CMO reads is that it's
2   11 hours for each cross-designated witness.
3           Now, the CMO, it's a little ambiguous or is at
4   least silent with respect to whether that leave is modified
5   as to a cross-designated 30(b)(6) witness. And maybe this
6   is not something we all envisioned when we entered into this
7   a year post ago. But how long would Google intend to use if
8   the plaintiff is afforded seven hours that they're asking
9   for?
10          MR. SCHMIDTLEIN: Obviously, we're going second
11  here, Your Honor, so it's hard to -- it's hard to predict.
12          I don't think we're going to -- we're not
13  intending or I don't think we're going to end up using a
14  full five and a half hours with the witness, depending on
15  how the testimony comes in during the DOJ's questioning.
16  We have tried to be mindful of third-party witnesses' time
17  here and have tried to conduct our cross-examinations
18  accordingly.
19          I will note that with respect to a 30(b)(6) notice
20  that we had issued to Microsoft, we did sort of take the
21  approach or, I think, believed took the approach that Apple
22  advocates here.
23          In that instance, the government did not
24  cross-notice the deposition, which meant that we were
25  entitled to six hours instead of the seven. If they had

1  cross-noticed, it would have been just five and a half, five
2  and a half, and we did it within the six.
3             So I don't -- we're obviously not a party to this
4  particular dispute, but I will say that we have behaved
5  accordingly, I think, in a way consistent with Apple's
6  position here.
7             THE COURT:  Okay.
8             All right.  Look, here's what we'll do.  And we're
9  not talking about a lot of time.
10            So, Mr. Dintzer, how long do you think you'll have
11 with the witness today?
12            MR. DINTZER:  Today, Your Honor -- so, I mean,
13 it's hard to predict, but probably five hours, certainly no
14 more than the 5.5.
15            So if we do 5.5 with him today, that would -- with
16 the one that we've already done, that would put us at the
17 6.5 mark, and we'd wrap up the third witness in a half hour
18 or so.
19            This witness was designated for -- across a number
20 of topics.  And Mr. Sunshine sort of slipped in a second
21 point that wasn't -- that really was part of our request
22 that he didn't identify to us.
23            But the witness yesterday, during his fact
24 testimony, was very, very clear that he would not speak
25 during his fact testimony about anything that could be

1    considered 30(b)(6) zone.  So we definitely need the
2    30(b)(6) area to fill out because he was -- he drew some
3    very bright lines there.
4              MR. SUNSHINE:  And, Your Honor, we have no issue
5    with our witness taking the 30(b)(6) topics.
6              The part that Mr. Dintzer is leaving out is that
7    the principal topic that this witness is addressing is the
8    negotiations with Google of the search agreement, kind of
9    the crux of the case, at least as it relates to Apple.
10             And the witness who testified yesterday was
11   personally responsible for and personally negotiated all the
12   agreements from 2015 to the present.  And so that testimony,
13   from his 30(b)(1) basis, is coterminous with his 30(b)(6)
14   testimony.
15             If Your Honor is moving towards ordering seven
16   hours in aggregate for DOJ's 30(b)(6), despite the
17   cross-notices, we would ask that the DOJ be limited to
18   30(b)(6) testimony and not to re-hoe old ground with the
19   30(b)(1) testimony.
20             THE COURT:  Well, look, I think on that second
21   point, I think that's -- you know, sometimes the line is not
22   so bright.  And so it may not be so easy to categorize
23   what -- the category a particular question falls into.
24             I certainly think it is fair to ask that to the
25   extent that fact testimony that was covered yesterday, that

1  that ground not be re-plowed today in this witness's
2  testimony.  And that to the extent that he's been designated
3  for subjects that were not covered yesterday, that that
4  ought to be the primary focus of today's deposition.
5         You know, there may be some cleanup that falls
6  under the 30(b)(6) category of the subject matter that's
7  been designated -- for which he's been designated.  But, you
8  know, I do not think the plaintiff ought to, for example --
9  although this isn't the time -- they ought to avoid, for
10 example, using a good portion of this deposition to re-cover
11 ground it already has with the witness yesterday.  It's not
12 clear to me what evidentiary value there is to that.
13         Look, insofar as the timing, I think this is
14 probably a little bit -- I think -- the 30(b)(6) -- the CMO
15 is a little ambiguous on this, I think I'll concede that.
16 But given who the witness is and given the importance of
17 this of Apple and the importance of Google, of Apple, the
18 relationship, I'll grant the government here the full seven
19 hours that they're asking for of the three witnesses.
20         If the government wants 5.5 hours today with this
21 witness, it can have it.  That means it's only got .5, it's
22 only got a half an hour left with that third witness.  And
23 so they're -- you know, they've got to be mindful of the
24 time management if they think they can finish the third
25 witness in 30 minutes, okay?

```
 1              MR. DINTZER:  We appreciate that, Your Honor.
 2   And appreciate you taking the time to resolve this for us.
 3              THE COURT:  Okay.
 4              Anything else, folks?
 5              MR. DINTZER:  Not from the Department of Justice,
 6   Your Honor.
 7              MR. SUNSHINE:  Not from Apple.  Thank you,
 8   Your Honor.
 9              THE COURT:  Thank you, everyone.  Be well.
10              (Proceedings concluded at 9:07 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__April 14, 2022_____         _____

William P. Zaremba, RMR, CRR

| | | | | |
|---|---|---|---|---|
| **COURTROOM DEPUTY: [1]** 3/2<br>**MR. DINTZER: [10]** 3/19 5/10 6/12 6/18 6/21 10/8 10/12 12/12 15/1 15/5<br>**MR. SCHMIDTLEIN: [2]** 10/19 11/10<br>**MR. SUNSHINE: [7]** 7/8 9/6 9/21 9/24 10/2 13/4 15/7<br>**THE COURT: [18]**<br><br>**.**<br>**.5 [1]** 14/21<br><br>**0**<br>**0316 [1]** 1/20<br>**0340 [1]** 1/15<br><br>**1**<br>**11 [2]** 7/18 7/24<br>**11 hours [1]** 11/2<br>**1100 [1]** 1/14<br>**12th [1]** 2/9<br>**1300 [1]** 2/5<br>**14 [5]** 1/5 5/1 6/17 6/18 16/10<br>**1440 [1]** 2/14<br>**15 [1]** 3/14<br>**17 [1]** 7/15<br>**19 [1]** 16/6<br><br>**2**<br>**20 [1]** 3/14<br>**20-3010 [2]** 1/4 3/3<br>**2000 [1]** 4/19<br>**20001 [2]** 1/19 2/20<br>**20005 [2]** 2/10 2/14<br>**2015 [1]** 13/12<br>**202 [5]** 1/15 1/20 2/10 2/15 2/20<br>**2022 [2]** 1/5 16/10<br><br>**3**<br>**30 [43]**<br>**3010 [2]** 1/4 3/3<br>**307-0340 [1]** 1/15<br>**3249 [1]** 2/20<br>**333 [1]** 2/19<br>**354-3249 [1]** 2/20<br>**371-7860 [1]** 2/15<br><br>**4**<br>**4.5 [2]** 6/15 9/1<br>**4.5-hour [3]** 4/6 4/7 6/6<br>**434-5000 [1]** 2/10<br>**450 [1]** 1/19<br>**476-0316 [1]** 1/20<br><br>**5**<br>**5.5 [20]**<br>**5.5 spread [1]** 7/1<br>**5000 [1]** 2/10<br>**508-6000 [1]** 2/7 | **6**<br>**6.5 [1]** 12/17<br>**6000 [1]** 2/7<br><br>**7**<br>**7 hours [1]** 5/19<br>**720 [1]** 2/7<br>**725 [1]** 2/9<br>**7860 [1]** 2/15<br>**7th [1]** 2/6<br><br>**8**<br>**80 [1]** 4/9<br>**80203 [1]** 2/6<br>**8:45 [1]** 1/6<br><br>**9**<br>**9:07 [1]** 15/10<br><br>**A**<br>**a.m [2]** 1/6 15/10<br>**abide [1]** 9/15<br>**able [1]** 9/4<br>**about [6]** 3/14 3/25 4/3 4/6 12/9 12/25<br>**above [1]** 16/4<br>**above-titled [1]** 16/4<br>**accordingly [3]** 6/4 11/18 12/5<br>**accurately [1]** 7/11<br>**across [8]** 4/1 5/9 5/13 5/22 7/1 10/7 10/24 12/19<br>**Action [1]** 3/3<br>**add [2]** 5/11 5/12<br>**additional [1]** 9/5<br>**addressing [1]** 13/7<br>**advocates [1]** 11/22<br>**afforded [1]** 11/8<br>**after [2]** 4/5 6/6<br>**again [1]** 7/9<br>**aggregate [3]** 8/7 8/11 13/16<br>**aggregated [1]** 9/11<br>**ago [1]** 11/7<br>**agree [1]** 4/8<br>**agreement [1]** 13/8<br>**agreements [1]** 13/12<br>**aided [1]** 2/22<br>**AL [1]** 1/3<br>**all [11]** 3/10 3/12 7/6 7/7 8/16 10/5 10/7 10/24 11/6 12/8 13/11<br>**allowed [2]** 4/10 5/11<br>**along [1]** 3/23<br>**already [2]** 12/16 14/11<br>**although [1]** 14/9<br>**ambiguous [2]** 11/3 14/15<br>**amendment [2]** 4/19 4/22<br>**AMERICA [2]** 1/3 3/3<br>**AMIT [1]** 1/10<br>**another [1]** 8/8<br>**Antitrust [1]** 2/4<br>**any [2]** 9/5 9/9<br>**anything [2]** 12/25 15/4 | **apologies...**<br>**apologize [1]** 3/21<br>**APPEARANCES [2]** 1/12 1/21<br>**Apple [21]**<br>**Apple's [5]** 6/25 7/12 7/20 9/15 12/5<br>**appreciate [3]** 3/20 15/1 15/2<br>**approach [2]** 11/21 11/21<br>**approximately [1]** 6/12<br>**April [2]** 1/5 16/10<br>**are [5]** 3/12 4/21 5/10 8/24 10/18<br>**area [1]** 13/2<br>**argue [1]** 7/4<br>**argues [1]** 4/11<br>**ARPS [1]** 2/13<br>**as [29]**<br>**ask [5]** 6/10 8/24 10/17 13/17 13/24<br>**asked [1]** 6/7<br>**asking [6]** 5/8 8/21 8/24 10/22 11/8 14/19<br>**Avenue [2]** 2/14 2/19<br>**avoid [1]** 14/9<br>**aware [1]** 3/12<br><br>**B**<br>**Barrett [1]** 2/19<br>**basis [3]** 3/21 6/4 13/13<br>**be [14]** 3/13 3/20 7/12 9/4 10/22 11/16 12/25 13/17 13/22 14/1 14/4 14/5 14/23 15/9<br>**because [6]** 3/13 6/7 7/24 10/2 10/25 13/2<br>**been [9]** 4/9 7/24 7/24 8/6 10/2 12/1 14/2 14/7 14/7<br>**BEFORE [1]** 1/10<br>**behaved [1]** 12/4<br>**believe [3]** 5/10 7/3 10/14<br>**believed [1]** 11/21<br>**between [1]** 4/6<br>**bit [2]** 3/12 14/14<br>**brief [1]** 3/20<br>**Briefly [1]** 4/19<br>**bright [2]** 13/3 13/22<br>**broad [1]** 7/14<br>**Broadway [1]** 2/5<br>**brought [1]** 7/9<br>**Bruce [1]** 2/2<br><br>**C**<br>**calling [1]** 4/21<br>**can [3]** 4/12 14/21 14/24<br>**Carr [1]** 2/4<br>**case [2]** 4/15 13/9<br>**categorize [1]** 13/22<br>**category [2]** 13/23 14/6<br>**Center [1]** 2/5<br>**certainly [2]** 12/13 | **Certified [1]** 2/18<br>**certify [1]** 16/2<br>**CH [1]** 2/19<br>**choice [1]** 9/7<br>**Civil [2]** 3/3 4/20<br>**clarification [1]** 6/10<br>**cleanup [1]** 14/5<br>**clear [4]** 4/23 7/12 12/24 14/12<br>**close [1]** 5/16<br>**CMO [14]** 4/10 4/16 5/1 5/17 6/17 7/23 8/10 9/15 9/16 10/9 10/16 11/1 11/3 14/14<br>**CO [1]** 2/6<br>**coag.gov [1]** 2/7<br>**Colorado [3]** 2/2 2/3 2/5<br>**COLUMBIA [1]** 1/1<br>**come [1]** 10/15<br>**comes [2]** 7/2 11/15<br>**complete [2]** 3/24 9/19<br>**computer [1]** 2/22<br>**computer-aided [1]** 2/22<br>**concede [2]** 8/10 14/15<br>**concerned [1]** 5/25<br>**concerning [1]** 3/17<br>**concluded [1]** 15/10<br>**conduct [1]** 11/17<br>**CONNOLLY [1]** 2/9<br>**considered [1]** 13/1<br>**consistent [1]** 12/5<br>**Constitution [1]** 2/19<br>**Consumer [1]** 2/3<br>**CONTINUED [1]** 2/1<br>**core [1]** 8/11<br>**correct [5]** 6/11 6/13 6/17 9/22 16/3<br>**coterminous [1]** 13/13<br>**could [1]** 12/25<br>**counsel [2]** 3/10 5/7<br>**count [6]** 4/8 4/10 4/12 5/24 6/23 7/2<br>**counted [2]** 4/16 5/18<br>**counter [1]** 4/9<br>**counts [5]** 4/18 5/19 6/3 6/5 7/4<br>**course [2]** 8/9 9/16<br>**court [7]** 1/1 2/17 2/18 3/20 5/17 6/7 16/7<br>**cover [1]** 14/10<br>**covered [3]** 7/15 13/25 14/3<br>**COVID [1]** 16/6<br>**COVID-19 [1]** 16/6<br>**cross [13]** 4/25 5/1 6/2 7/17 7/25 8/6 10/3 11/2 11/5 11/17 11/24 12/1 13/17<br>**cross-designated [2]** 11/2 11/5<br>**cross-examinations [1]** 11/17<br>**cross-notice [2]** 6/2 11/24<br>**cross-noticed [6]** 4/25 | 7/17 7/25 8/6 10/3 12/1<br>**cross-notices [2]** 5/1 13/17<br>**CRR [2]** 16/2 16/11<br>**crux [1]** 13/9<br>**Cue [4]** 7/20 8/14 8/16 8/17<br>**cutting [1]** 10/14<br>**CV [1]** 1/4<br><br>**D**<br>**D.C [6]** 1/5 1/14 1/19 2/10 2/14 2/20<br>**Date [1]** 16/10<br>**day [1]** 8/14<br>**Defendant [3]** 1/7 2/8 3/7<br>**definitely [1]** 13/1<br>**Denver [1]** 2/6<br>**DEPARTMENT [4]** 1/13 1/17 2/3 15/5<br>**depending [1]** 11/14<br>**depo [1]** 4/17<br>**depose [1]** 4/4<br>**deposed [1]** 4/2<br>**deposition [14]** 3/18 4/1 4/9 4/12 5/20 6/23 7/3 7/4 8/2 8/22 9/8 11/24 14/4 14/10<br>**depositions [4]** 4/8 4/9 4/16 10/10<br>**designate [1]** 7/15<br>**designated [7]** 4/21 11/2 11/5 12/19 14/2 14/7 14/7<br>**despite [1]** 13/16<br>**did [4]** 8/2 11/20 11/23 12/2<br>**didn't [1]** 12/22<br>**different [1]** 10/15<br>**Dintzer [10]** 1/13 3/5 6/10 7/11 7/19 10/5 10/21 10/22 12/10 13/6<br>**disagreement [1]** 7/2<br>**DISCOVERY [1]** 1/9<br>**discuss [1]** 4/15<br>**dispute [2]** 1/9 12/4<br>**DISTRICT [3]** 1/1 1/1 1/11<br>**do [7]** 5/11 6/24 9/20 12/8 12/10 12/15 14/8<br>**doesn't [1]** 10/15<br>**DOJ [7]** 1/13 7/14 8/1 8/2 8/10 9/10 13/17<br>**DOJ's [3]** 9/7 11/15 13/16<br>**don't [10]** 3/14 3/16 4/15 6/24 7/3 7/11 8/20 11/12 11/13 12/3<br>**done [2]** 6/11 12/16<br>**drew [1]** 13/2<br>**during [4]** 11/15 12/23 12/25 16/5<br><br>**E**<br>**each [7]** 4/22 4/24 5/3 5/9 5/10 5/17 11/2<br>**easy [1]** 13/22 |

**E**
**Edward [1]** 1/17
**else [1]** 15/4
**Email [5]** 1/15 1/20 2/7 2/11 2/15
**end [1]** 11/13
**entered [1]** 11/6
**entitled [4]** 6/15 6/16 6/19 11/25
**envisioned [1]** 11/6
**equals [1]** 10/9
**essentially [1]** 9/2
**ET [1]** 1/3
**Every [1]** 5/19
**everybody [1]** 3/10
**everyone [1]** 15/9
**evidentiary [1]** 14/12
**examinations [1]** 11/17
**example [2]** 14/8 14/10
**exceed [1]** 8/7
**excuse [1]** 8/25
**executives [2]** 7/21 8/17
**exist [1]** 10/16
**expect [1]** 5/11
**expecting [1]** 5/6
**expedited [1]** 3/21
**explained [1]** 4/14
**explicitly [1]** 10/12
**extend [1]** 8/20
**extent [4]** 8/5 8/7 13/25 14/2
**extra [1]** 8/4

**F**
**fact [4]** 3/24 12/23 12/25 13/25
**fair [1]** 13/24
**falls [2]** 13/23 14/5
**far [3]** 5/4 5/25 6/11
**Federal [4]** 4/16 4/20 4/23 6/1
**Fifth [1]** 1/19
**fill [1]** 13/2
**Financial [1]** 1/18
**finish [1]** 14/24
**first [1]** 4/2
**five [5]** 9/4 11/14 12/1 12/1 12/13
**FLOM [1]** 2/13
**Floor [1]** 2/6
**focus [1]** 14/4
**folks [1]** 15/4
**foregoing [1]** 16/3
**four [2]** 9/3 9/20
**fulfill [1]** 8/3
**full [4]** 8/14 9/3 11/14 14/18

**G**
**get [16]** 3/15 4/16 4/17 4/19 4/23 5/3 5/5 5/5 5/7 5/14 5/18 6/25 7/2 9/3 9/11 10/23
**gets [1]** 4/22
**give [1]** 9/10
**given [2]** 14/16 14/16

**giving [1]** 4/6
**go [1]** 5/16
**goes [2]** 5/2 7/17
**going [5]** 5/22 5/23 11/10 11/12 11/13
**good [4]** 3/2 3/10 7/8 14/10
**good morning [2]** 3/10 7/8
**GOOGLE [13]** 1/6 2/8 3/4 3/7 4/25 5/1 7/17 7/25 8/6 10/3 11/7 13/8 14/17
**Google's [1]** 10/24
**got [6]** 3/14 7/13 9/20 14/21 14/22 14/23
**government [5]** 3/16 10/6 11/23 14/18 14/20
**grant [1]** 14/18
**ground [3]** 13/18 14/1 14/11
**groups [1]** 5/18

**H**
**had [4]** 7/14 7/15 11/20 11/25
**half [8]** 9/3 9/4 9/20 11/14 12/1 12/2 12/17 14/22
**hard [3]** 11/11 11/11 12/13
**has [10]** 3/17 4/5 4/25 7/11 7/24 8/6 8/10 10/6 14/11
**have [16]** 3/25 4/9 4/15 5/3 6/4 7/20 7/21 8/8 10/2 11/16 11/17 12/1 12/4 12/10 13/4 14/21
**he [4]** 12/22 12/24 13/2 13/2
**he's [3]** 8/21 14/2 14/7
**hear [1]** 7/7
**hearing [3]** 1/9 3/21 16/5
**here [6]** 8/25 11/11 11/17 11/22 12/6 14/18
**here's [1]** 12/8
**Herrmann [2]** 1/17 3/6
**him [2]** 8/21 12/15
**his [4]** 12/23 12/25 13/13 13/13
**hit [1]** 6/6
**hoe [1]** 13/18
**honestly [1]** 5/22
**honor [17]**
**HONORABLE [1]** 1/10
**hope [1]** 3/10
**hour [8]** 4/3 4/6 4/7 6/6 6/11 7/19 12/17 14/22
**hours [32]**
**how [9]** 4/15 4/19 5/4 5/7 9/7 10/25 11/7 11/15 12/10

**I**
**I certainly [1]** 13/24
**I don't [4]** 7/11 11/12 11/13 12/3

**I mean [3]** 9/6 10/12 12/12
**I think [9]** 7/12 8/16 8/22 11/21 12/5 13/20 13/21 14/13 14/14
**I will [2]** 11/19 12/4
**I'll [2]** 14/15 14/18
**I'm [3]** 3/12 5/8 9/18
**I've [1]** 3/14
**identify [1]** 12/22
**importance [2]** 14/16 14/17
**imposition [1]** 8/18
**Inc [2]** 2/12 3/8
**inconvenience [1]** 3/22
**insist [1]** 6/5
**insofar [1]** 14/13
**instance [1]** 11/23
**instead [1]** 11/25
**intend [2]** 6/24 11/7
**intending [1]** 11/13
**interested [2]** 8/3 9/9
**intervene [1]** 6/8
**is [42]**
**is that correct [1]** 6/11
**isn't [1]** 14/9
**issue [7]** 3/17 7/9 7/13 8/12 8/13 8/22 13/4
**issued [1]** 11/20
**it [25]**
**it's [11]** 7/24 9/7 9/14 11/1 11/3 11/11 11/11 12/13 14/11 14/21 14/21
**its [2]** 3/25 8/3

**J**
**John [2]** 2/8 3/7
**jon.sallet [1]** 2/7
**Jonathan [2]** 2/2 3/5
**jschmidtlein [1]** 2/11
**JUDGE [1]** 1/11
**Judicial [1]** 2/5
**just [3]** 6/10 9/10 12/1
**JUSTICE [3]** 1/13 1/17 15/5

**K**
**Karl [2]** 1/17 3/5
**karl.herrmann [1]** 1/20
**keep [4]** 5/13 5/15 5/22 5/23
**Kenneth [2]** 1/13 3/5
**kenneth.dintzer2 [1]** 1/16
**kind [1]** 13/8
**know [4]** 13/21 14/5 14/8 14/23
**knows [1]** 5/17

**L**
**last [3]** 7/20 9/5 9/12
**LAW [1]** 2/3
**least [3]** 11/1 11/4 13/9
**leave [1]** 11/4
**leaving [1]** 13/6

**length [1]** 3/17
**let [6]** 6/10 7/7 7/12 8/24 9/2 10/17
**limitation [1]** 10/15
**limitations [1]** 16/7
**limited [2]** 3/13 13/17
**line [1]** 13/21
**lines [1]** 13/3
**litigant [2]** 4/14 7/5
**litigation [1]** 9/7
**little [4]** 3/12 11/3 14/14 14/15
**LLC [2]** 1/6 3/4
**LLP [2]** 2/9 2/13
**long [2]** 11/7 12/10
**look [3]** 12/8 13/20 14/13
**lot [1]** 12/9

**M**
**make [1]** 8/19
**management [1]** 14/24
**mark [4]** 4/6 4/7 6/6 12/17
**matter [2]** 14/6 16/4
**may [3]** 5/13 13/22 14/5
**maybe [1]** 11/5
**me [8]** 6/10 7/7 7/12 8/24 8/25 9/2 10/17 14/12
**MEAGHER [1]** 2/13
**mean [5]** 5/14 9/6 10/12 11/1 12/12
**means [1]** 14/21
**meant [1]** 11/24
**mechanical [1]** 2/21
**meeting [1]** 5/25
**MEHTA [1]** 1/10
**Merit [1]** 2/17
**Microsoft [1]** 11/20
**might [1]** 5/16
**mindful [2]** 11/16 14/23
**minutes [3]** 3/14 8/16 14/25
**modified [3]** 7/24 8/11 11/4
**more [9]** 4/11 5/3 5/6 5/12 5/14 5/14 6/22 9/19 12/14
**morning [4]** 3/2 3/10 3/13 7/8
**most [2]** 3/14 7/21
**motion [1]** 3/21
**moving [1]** 13/15
**Mr. [17]**
**Mr. Cue [4]** 7/20 8/14 8/16 8/17
**Mr. Dintzer [8]** 6/10 7/11 7/19 10/5 10/21 10/22 12/10 13/6
**Mr. Perica [1]** 7/20
**Mr. Schmidtlein [1]** 10/17
**Mr. Sunshine [3]** 7/7 8/25 12/20

**much [3]** 5/4 6/21 10/25
**multiple [1]** 4/21

**N**
**need [2]** 3/13 13/1
**negotiated [1]** 13/11
**negotiations [1]** 13/8
**never [1]** 8/1
**New [1]** 2/14
**next [1]** 7/22
**no [4]** 1/4 6/4 12/13 13/4
**Non [1]** 2/12
**Non-Party [1]** 2/12
**normally [1]** 4/23
**not [29]**
**note [2]** 11/19 16/5
**notice [6]** 6/2 7/14 7/16 8/6 11/19 11/24
**noticed [7]** 3/23 4/25 7/17 7/25 8/6 10/3 12/1
**notices [3]** 5/1 5/20 13/17
**Now [1]** 11/3
**nub [1]** 7/13
**number [2]** 5/2 12/19
**NW [5]** 1/14 1/19 2/9 2/14 2/19

**O**
**obligation [1]** 3/25
**obligations [1]** 8/3
**obviously [2]** 11/10 12/3
**occurred [1]** 16/5
**offered [1]** 3/24
**Official [1]** 2/18
**okay [11]** 3/9 6/9 6/14 7/6 9/23 10/1 10/4 10/20 12/7 14/25 15/3
**old [1]** 13/18
**one [16]** 4/18 5/19 5/24 6/3 6/10 6/11 7/14 7/19 7/20 8/5 8/17 9/10 9/12 9/12 10/10 12/16
**only [5]** 3/14 5/23 6/25 14/21 14/22
**ordering [1]** 13/15
**ought [3]** 14/4 14/8 14/9
**our [13]** 3/21 4/8 4/12 5/20 6/22 7/23 8/14 9/6 9/11 10/10 11/17 12/21 13/5
**out [5]** 4/5 4/7 7/10 13/2 13/6
**over [1]** 9/12

**P**
**pandemic [1]** 16/6
**paragraph [3]** 5/1 6/17 6/18
**part [2]** 12/21 13/6
**particular [2]** 12/4 13/23
**party [7]** 1/9 2/12 3/8 4/22 9/16 11/16 12/3

19

**P**

pasting [1] 10/14
people [1] 4/21
per [4] 5/2 5/5 6/21 7/18
Perica [1] 7/20
personally [2] 13/11 13/11
Petitioner [1] 2/12
pieces [1] 10/15
plaintiff [4] 2/2 9/1 11/8 14/8
plaintiffs [7] 1/4 1/13 3/6 8/15 8/20 9/18 10/23
planned [1] 3/25
Please [1] 16/5
plowed [1] 14/1
point [2] 12/21 13/21
portion [1] 14/10
position [9] 6/25 7/4 7/12 7/23 9/11 9/15 9/18 10/25 12/6
post [1] 11/7
predict [2] 11/11 12/13
preferred [1] 9/15
present [1] 13/12
Prettyman [1] 2/19
primary [1] 14/4
principal [1] 13/7
probably [2] 12/13 14/14
Procedure [1] 4/20
proceedings [4] 1/10 2/21 15/10 16/4
produced [1] 2/22
Protection [1] 2/3
put [2] 9/2 12/16

**Q**

question [2] 5/7 13/23
questioning [1] 11/15
questions [2] 7/13 8/21
quite [1] 5/21

**R**

Ralph [1] 2/4
re [4] 1/9 13/18 14/1 14/10
re-cover [1] 14/10
re-hoe [1] 13/18
re-plowed [1] 14/1
reads [1] 11/1
really [1] 12/21
Realtime [1] 2/18
received [1] 7/14
recognize [1] 5/2
record [1] 16/3
recorded [1] 2/21
refused [1] 8/10
Registered [1] 2/17
relates [1] 13/9
relationship [1] 14/18
relief [1] 8/25
remaining [1] 9/21
remotely [1] 16/7
Reporter [4] 2/17 2/17 2/18 2/18
reporting [1] 16/7
represent [1] 8/8
request [1] 12/21
required [1] 9/10
resolve [1] 15/2
respect [3] 10/23 11/4 11/19
respond [1] 7/16
responsible [1] 13/11
right [15] 3/15 6/16 6/20 7/6 7/7 9/17 9/20 9/23 9/25 10/1 10/4 10/5 10/7 10/11 12/8
RMR [2] 16/2 16/11
rules [8] 4/17 4/20 4/24 6/1 6/1 6/1 6/2 7/17

**S**

said [7] 4/5 5/3 6/7 6/15 7/19 10/5 10/6
Sallet [2] 2/2 3/5
same [1] 7/16
sat [1] 8/14
say [3] 6/5 7/2 12/4
says [4] 4/20 5/17 10/12 10/21
scheduled [1] 7/22
Schmidtlein [3] 2/8 3/7 10/17
search [1] 13/8
second [9] 4/4 5/7 6/23 7/3 8/13 8/22 11/10 12/20 13/20
Section [2] 1/18 2/3
senior [1] 7/21
Services [1] 1/18
seven [14] 3/25 4/17 4/22 4/24 5/23 6/19 7/23 10/6 10/9 10/23 11/8 11/25 13/15 14/18
should [1] 5/5
side [2] 5/17 7/18
significant [1] 8/18
silent [1] 11/4
since [1] 7/4
six [3] 7/14 11/25 12/2
SKADDEN [1] 2/13
skadden.com [1] 2/16
SLATE [1] 2/13
slipped [1] 12/20
slot [3] 8/9 8/10 9/11
slots [3] 9/8 9/14 9/19
so [37]
so it's [1] 11/11
some [2] 13/2 14/5
something [1] 11/6
sometimes [1] 13/21
somewhere [1] 3/13
sorry [2] 5/8 9/18
sort [2] 11/20 12/20
speak [1] 12/24
spend [1] 5/19
spent [1] 4/3
spread [2] 4/1 7/1
St [1] 2/9
standing [1] 4/15
start [1] 3/16
stated [1] 7/11
STATES [4] 1/1 1/3 1/11 3/3
stenography [1] 2/21
Steven [2] 2/12 3/8
steven.sunshine [1] 2/16
still [1] 10/2
Street [2] 1/14 1/19
subject [2] 14/6 16/6
subjects [1] 14/3
Suite [1] 2/6
Sunshine [5] 2/12 3/8 7/7 8/25 12/20
sure [1] 8/19
suspect [1] 3/12

**T**

take [7] 5/6 5/11 5/14 6/22 6/22 10/6 11/20
taking [2] 13/5 15/2
talking [1] 12/9
technological [1] 16/7
Technology [1] 1/18
TELECONFERENCE [1] 1/10
tell [1] 8/2
ten [1] 8/16
testified [1] 13/10
testimony [11] 8/15 9/9 11/15 12/24 12/25 13/12 13/14 13/18 13/19 13/25 14/2
than [6] 4/11 5/3 5/13 5/14 5/15 12/14
than 7 [1] 5/13
Thank [3] 3/19 15/7 15/9
Thank you [1] 15/7
that [91]
That if [1] 9/3
that's [10] 5/21 6/22 7/1 8/11 8/22 9/21 9/25 10/1 13/21 14/6
their [4] 8/5 8/16 8/20 9/8
them [3] 4/10 5/13 10/24
then [5] 6/23 7/21 9/4 9/11 9/14
there [6] 4/19 4/20 8/13 13/3 14/5 14/12
there's [1] 6/4
therefore [1] 16/6
these [2] 4/24 10/23
they [22]
they'll [2] 4/7 6/6
they're [6] 7/3 7/5 8/9 11/8 14/19 14/23
they've [3] 6/7 9/19 14/23
think [17]
thinking [1] 9/7
third [8] 1/9 3/8 7/21 9/1 11/16 12/17 14/22 14/24
third-party [3] 1/9 3/8
this [28]
This is [1] 3/3
three [15] 3/24 4/1 4/2 4/24 5/4 5/9 5/12 5/22 7/1 7/15 8/17 9/12 10/7 10/24 14/19
time [15] 3/13 4/1 4/12 5/4 8/4 8/11 8/16 8/20 9/5 10/25 11/16 12/9 14/9 14/24 15/2
timing [1] 14/13
titled [1] 16/4
today [16] 4/4 5/14 5/15 5/15 6/6 7/21 8/14 8/19 9/1 9/3 9/12 12/11 12/12 12/15 14/1 14/20
today's [2] 8/22 14/4
told [1] 8/1
took [1] 11/21
top [1] 8/17
topic [1] 13/7
topics [3] 7/15 12/20 13/5
total [6] 4/6 4/11 4/13 5/12 6/16 10/7
towards [1] 13/15
transcript [3] 1/9 2/21 16/3
transcription [1] 2/22
tried [2] 11/16 11/17
try [1] 8/20
two [9] 4/7 4/8 4/10 4/12 6/1 6/5 9/14 9/19 9/21

**U**

U.S [2] 1/13 1/17
under [15] 4/10 4/12 4/21 4/23 4/25 5/13 5/15 5/23 6/17 6/22 7/17 7/23 9/24 10/9 14/6
understand [3] 3/17 5/21 10/22
Unit [1] 2/4
UNITED [4] 1/1 1/3 1/11 3/3
unless [1] 4/8
up [7] 5/11 5/11 5/12 8/21 10/15 11/13 12/17
upcoming [1] 9/13
us [6] 4/6 4/10 8/8 12/16 12/22 15/2
usdoj.gov [2] 1/16 1/20
use [9] 9/3 9/4 9/8 9/10 9/14 9/19 10/23 10/25 11/7
used [2] 7/19 8/15
uses [1] 9/1
using [3] 8/9 11/13 14/10

**V**

value [1] 14/12
various [1] 3/23
very [5] 4/23 8/18

via [1] 12/24 13/3
VIA [1] 1/10
volunteering [2] 8/4 9/9
vs [1] 1/5

**W**

walk [4] 4/5 4/7 6/6 8/1
want [8] 4/10 4/11 5/23 6/22 8/19 9/8 9/14 9/19
wants [2] 9/10 14/20
was [9] 7/16 7/23 8/2 12/19 12/21 12/24 13/2 13/10 13/25
Washington [6] 1/5 1/14 1/19 2/10 2/14 2/20
wasn't [1] 12/21
way [4] 9/2 9/7 11/1 12/5
wc.com [1] 2/11
we [58]
we believe [2] 5/10 10/14
We deposed [1] 4/2
We don't [1] 6/24
We have [1] 11/16
we will [4] 5/13 5/14 5/15 8/9
we'd [1] 12/17
we'll [3] 3/20 9/15 12/8
we're [16] 5/5 5/22 5/23 5/25 5/25 6/19 8/3 9/9 9/10 9/16 11/10 11/12 11/12 11/13 12/3 12/8
we've [4] 4/14 6/7 8/1 12/16
week [3] 7/20 7/22 9/12
well [7] 3/11 8/19 8/23 9/2 9/6 13/20 15/9
were [2] 11/24 14/3
what [9] 7/4 8/2 8/19 8/24 10/21 10/21 12/8 13/23 14/12
what's [1] 10/24
when [3] 5/1 8/21 11/6
where [1] 7/1
whether [1] 11/4
which [5] 8/6 8/13 10/22 11/24 14/7
while [1] 7/9
who [3] 3/16 13/10 14/16
why [3] 3/14 3/16 5/21
will [11] 4/5 5/12 5/13 5/14 5/15 8/2 8/8 8/9 10/6 11/19 12/4
William [3] 2/17 16/2 16/11
WILLIAMS [1] 2/9
wishes [1] 10/25
within [1] 12/2
witness [27]
witness's [1] 14/1
witnesses [16] 3/24 3/24 4/1 4/2 4/7 4/24

## W

**witnesses... [10]** 5/4 5/9 5/12 5/22 7/1 7/16 9/12 10/7 10/24 14/19
**witnesses' [1]** 11/16
**won't [1]** 5/3
**would [10]** 4/23 6/23 8/1 9/4 11/7 12/1 12/15 12/16 12/24 13/17
**wrap [1]** 12/17

## Y

**year [1]** 11/7
**years [1]** 7/15
**yes [3]** 9/24 10/8 10/19
**yesterday [6]** 8/15 12/23 13/10 13/25 14/3 14/11
**York [1]** 2/14
**you [16]** 3/12 3/19 5/11 7/9 7/13 8/24 9/3 10/18 12/10 13/21 14/5 14/7 14/23 15/2 15/7 15/9
**you'll [1]** 12/10
**you're [4]** 5/8 6/15 6/16 7/10
**you've [3]** 6/11 6/15 10/5
**your [18]**
**Your Honor [15]** 3/19 7/8 7/12 8/13 8/23 9/6 10/8 10/19 11/11 12/12 13/4 13/15 15/1 15/6 15/8

## Z

**Zaremba [3]** 2/17 16/2 16/11
**zone [1]** 13/1