```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,  )
                                   )
        Plaintiffs,                )
                                   )   CV No. 20-3010
     vs.                           )   Washington, D.C.
                                   )   March 3, 2023
GOOGLE LLC,                        )   4:15 p.m.
                                   )
        Defendant.                 )
_____)


                    TRANSCRIPT OF
       SCHEDULING CONFERENCE VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For DOJ Plaintiffs:        Kenneth M. Dintzer
                           U.S. DEPARTMENT OF JUSTICE
                           1100 L Street, NW
                           Washington, D.C.
                           (202) 307-0340
                           Email:
                           kenneth.dintzer2@usdoj.gov

For Plaintiff
State of Colorado:         William F. Cavanaugh, Jr.
                           PATTERSON BELKNAP
                           WEBB & TYLER LLP
                           1133 Avenue of the Americas
                           Suite 2200
                           New York, NY 10036-6710
                           (212) 335-2793
                           Email: wfcavanaugh@pbwt.com
```

APPEARANCES CONTINUED:

For Defendant Google:      John E. Schmidtlein
                           WILLIAMS & CONNOLLY LLP
                           725 12th St., NW
                           Washington, D.C. 20005
                           (202) 434-5000
                           Email: jschmidtlein@wc.com

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | COURTROOM DEPUTY:  Good afternoon, Your Honor, |
| 3 | this is Civil Action 20-3010, the United States of America, |
| 4 | et al., versus Google LLC. |
| 5 | Kenneth Dintzer for the DOJ Plaintiffs. |
| 6 | William Cavanaugh on behalf of the Colorado |
| 7 | Plaintiffs. |
| 8 | And John Schmidtlein for Google LLC. |
| 9 | THE COURT:  All right, Counsel, good afternoon. |
| 10 | It's nice to see you all.  I hope everybody has been doing |
| 11 | well. |
| 12 | We're in receipt of your filings. |
| 13 | So the reason for the request to gather everybody |
| 14 | is the sanctions motion that was filed recently and the |
| 15 | schedule that's been requested to brief it and the |
| 16 | implications that has for our summary judgment argument |
| 17 | date, so I wanted to just get everybody together and have a |
| 18 | discussion about that. |
| 19 | Just to recap, at least, my understanding of where |
| 20 | things are, and you will have to proceed of the presumption |
| 21 | that I've not looked in any great detail at the plaintiff's |
| 22 | motion for sanctions, I have a general understanding of what |
| 23 | the basis is; but my understanding is there is this motion |
| 24 | for sanctions.  The request is -- the sanctions have not |
| 25 | been specified and there's a request for an evidentiary |

1   hearing on the sanctions motion.
2            Google's opposition to the motion, the sanctions
3   motion is due April 10th, our summary judgment argument, at
4   least at present, is scheduled for the 13th of April, and
5   then the reply on the sanctions motion is due the 24th.
6            MR. DINTZER:  May I be heard, Your Honor?
7            THE COURT:  Am I getting those dates wrong?
8            MR. SCHMIDTLEIN:  Yes, Your Honor.
9            Google's opposition will be filed next Friday,
10  March 10th.  I think you misspoke and said April.
11           THE COURT:  I misspoke.  Sorry about that.
12           And then the reply is due --
13           MR. DINTZER:  March 24th, Your Honor.
14           THE COURT:  Okay.  You'll have to forgive me.
15  I misspoke, everybody.
16           All right.  Well, that leaves us, between
17  March 24th and when the summary judgment arguments are set,
18  that gives us about three weeks.
19           And so I wanted to just gather everybody to figure
20  out what you all are contemplating in terms of an
21  evidentiary hearing, maybe Google said, we don't need one,
22  but if there is to be one, is the hope that it will be
23  before summary judgment so that I can evaluate the potential
24  sanctions and the impact on summary judgment, and I'm just
25  trying to figure out how I ought to sequence this, given the

1 sanctions motion.

2 So why don't we start with Mr. Dintzer and
3 Mr. Cavanaugh.

4 MR. DINTZER: Yes, Your Honor.

5 So in our motion, we sought declarations from
6 Google and a 30(b)(6) to gather some more information, as
7 well as a copy of their withhold. Also, we haven't put this
8 in the motion, but it's come up more recently, probably some
9 of the redacted materials from the *Epic* case, we would want
10 them unredacted so we could get access to them in full.

11 So we would want that before the hearing, if the
12 Court wishes to have a hearing. And we don't believe that
13 the hearing needs to take place before the summary judgment
14 argument. We recognize that probably it should take place
15 relatively close afterwards. The date we were going to
16 throw out was sometime in early May, maybe May 8th, for the
17 hearing so that we'd have a chance to do the 30(b)(6) to get
18 these declarations and then be in a position to address the
19 Court at the hearing if the Court wants to have one.

20 THE COURT: And, Mr. Dintzer, when you say -- as
21 I understand it, the sort of origin of this motion is that
22 similar, if not the same, issue arose in the *Epic* case,
23 I believe it was in the Northern District of California.

24 So can you just shed more light on what you mean
25 about the redacted materials from that case and how that

1   bears on this one.
2           MR. DINTZER:  Of course, Your Honor.
3           So the *Epic* case made us aware of certain
4   practices, and I'm not going to get into obviously certain
5   practices that Google was engaging in, including the
6   destruction of certain chats, and so we had been push -- we
7   pushed Google on this for a period of time and we finally
8   got some more information from them.
9           But we would want two things.  We'd want the
10  unredacted filings and attachments from the *Epic* case, along
11  with additional chats that were just produced in that case.
12  It wouldn't be an extra burden on Google for any of that,
13  because it's already there, we would just like it
14  unredacted, so that we would have access and would save us
15  from having it duplicated in this case.
16          We would want -- we've asked for declarations from
17  the people in this case, the custodians in this case about
18  their use of the history-off feature so that we can have a
19  clear record of their use, and under oath, and then a
20  30(b)(6) so we can kind of gather all of this together and
21  make the necessary showing to the Court, which we believe we
22  can, regarding Google's conduct.
23          So we've got our motion, and if we get -- if the
24  Court grants our motion, we get these materials, we would
25  then presumably use the time between the argument and the

1   hearing to farther these materials, prepare them for
2   presentation to the Court.
3           THE COURT:  And in terms of what you're seeking
4   from -- help me understand what you're seeking in the
5   declaration and is the idea that the 30(b)(6) would be a
6   followup to a declaration from a custodian of records and
7   are you also seeking to file -- I mean, my recollection is
8   you have dozens and dozens of custodians in this case.  My
9   limited understanding is that each individual custodian had
10  an opportunity to change the settings here on the deletion
11  of the chats.  And so is part of this an effort to determine
12  what each individual custodian had as his or her settings?
13          MR. DINTZER:  Yes, Your Honor.
14          What their practice was.
15          So under oath, whether they used the history-off
16  default to have work-related discussions.  So we'd want --
17          THE COURT:  So, but is the expectation, if it's
18  permitted, the 30(b)(6) witness will make inquiries, with
19  the assistance of counsel, of each of the custodians to find
20  out what their practice was and what that person's settings
21  were?
22          MR. DINTZER:  Our thinking was that, first, we get
23  declarations from the custodians so we'd have that.  And
24  then we would be able to use the 30(b)(6) to go deeper and
25  to ask more about Google's practices about why they didn't

1  stop deleting these when we raised the issue in -- last fall
2  and answer questions about what Google is doing, ask
3  questions about their lay hold, which we've never received.
4  So the breadth of the 30(b)(6) would be to cover these
5  issues so we wouldn't have to ask for individual fact
6  witnesses on these subjects.  These are all subjects that
7  obviously would be relevant to our sanctions motion.
8           THE COURT:  Okay.
9           Mr. Cavanaugh, do you want to add anything before
10 I turn to Mr. Schmidtlein?
11          MR. CAVANAUGH:  No.  No, thank you, Judge.
12          THE COURT:  Mr. Schmidtlein, your thoughts.
13          MR. DINTZER:  Thank you, Your Honor.
14          As we understand it, they have filed a motion and
15 we're going to brief that motion and we'll respond, as I
16 said, next Friday to it in terms of the motion that's been
17 filed.
18          As I understand sort of their process, they have
19 set this up as a, we are asking for a sanction based on what
20 they've laid out in the motion, that there should be an
21 order of spoliation or a finding that sanctionable conduct
22 has occurred, which Google, of course, denies and will
23 oppose next week.
24          And then pending, or depending on how Your Honor
25 rules on that, then they may be entitled to or they may seek

1	additional discovery to try to establish what they claim is
2	more information so they can figure out what exact sanction
3	they're going to ask for because they actually haven't
4	indicated in their motion what exact sanction they're
5	seeking in the case.
6	          And so while I disagree with a lot of what
7	Mr. Dintzer is obviously saying and suggesting in the
8	motion, I do agree that the motion does not need to be
9	resolved prior to the summary judgment hearing.  And we can
10	get that -- we can certainly take care of that in April.
11	But we are -- we're available and willing to take up this
12	argument on the motion papers, you know, at the Court's
13	earliest convenience.
14	          THE COURT:  Okay.  All right.  Well, I think that
15	answers the question I really wanted to pose to, really,
16	mainly the plaintiffs, which is whether they wanted to or
17	envisioned having this sanctions issue resolved in advance
18	of the summary judgment hearings so that I can, A, consider
19	whether a sanction is appropriate, and, B, whether, if it
20	is, what it ought to be and how it ought to affect my
21	thinking on the summary judgment motions.  And obviously
22	since this is a bench trial, this -- certain sanctions that
23	otherwise might be available are not, I suppose I could
24	instruct myself, but it's a little bit awkward to do so.
25	          So, in any event, okay.  All right.  Well, that is

1   helpful and that provides some clarity in my mind and we'll
2   take it from there.
3           MR. DINTZER:  One comment on Your Honor,
4   everything you said we agree with, but we believe that that
5   resolving, not hearing from -- not necessarily holding the
6   hearing on what the punishment would be for the sanctions
7   but resolving that before summary judgment, before you issue
8   the summary judgment opinion, would be fortuitous, because
9   obviously if we get adverse inferences and there was -- we
10  don't think that there is, but some deficiency in facts in
11  one area or another, then that could affect the Court's
12  conclusion as to whether something should go through to
13  trial.  For the resolution, we still think it needs to be
14  addressed before.
15          THE COURT:  Right.  Right.
16          No, I mean, that's why I raised this whole issue
17  of sequencing.  Okay.
18          MR. DINTZER:  We appreciate that, Your Honor.
19          THE COURT:  Okay.
20          MR. SCHMIDTLEIN:  Your Honor, if I may, I know we
21  have set aside, I believe, the 12th and the 13th.
22          THE COURT:  I think that's right.
23          MR. SCHMIDTLEIN:  I think were the dates you asked
24  us to hold.
25          THE COURT:  Correct.

1       MR. SCHMIDTLEIN:  And --

2       THE COURT:  Go ahead, Mr. Schmidtlein.

3       MR. SCHMIDTLEIN:  And I believe, per Your Honor's
4  request, I believe both sides communicated to you, I think
5  some time ago, about whether they believed an evidentiary
6  hearing was necessary in connection with the *Daubert*
7  motions, and I believe both sides have separately came to
8  the same conclusion, that those were not, those were not
9  necessary.  Obviously if Your Honor has a different view,
10 you control.

11      But I don't know if you have further guidance for
12 us as to either timing, whether you want to hear arguments
13 on all the *Daubert* motions.  I know we've given you a
14 mountain of paper to read and you may not have a firm view
15 or any further direction to give us at this time.  But if
16 you did or if you believed in the future that you would,
17 obviously we would welcome that.

18      MR. DINTZER:  Your Honor, if I may correct
19 Mr. Schmidtlein, who is speaking for me when he probably
20 shouldn't be, we've not agreed on anything about whether
21 there should be a *Daubert* hearing or not.  Our basic
22 position is the default to whatever the Court would request,
23 but we haven't reached any sort of agreement with Google
24 about that.

25      MR. SCHMIDTLEIN:  This was just on the evidentiary

1    issue, Ken.

2            THE COURT:  Right.

3            MR. SCHMIDTLEIN:  Which you did put a letter in
4    on.

5            THE COURT:  Right.

6            MR. DINTZER:  Okay.  Then I apologize if I
7    misunderstood Mr. Schmidtlein.

8            THE COURT:  That's all right.

9            So, Mr. Schmidtlein, look, the unsatisfactory
10   answer is I have no idea at this point.  We are six weeks
11   out, which may sound like a close-in-time but I'm not there
12   yet in terms of figuring out what I need and how I'm going
13   to ask this to be structured right now.  I have just April
14   13th set aside.  I can -- I've left April 12th open on my
15   own calendar just in the event that I think we'll need two
16   days instead of one.

17           I can tell you all, just given what my other time
18   demands are right now, I'm still in trial, have another one
19   before the end of the month.  So I'm trying to figure out
20   where to -- where I can really start to commit the time that
21   this is going to require to get ready in a way that you all
22   deserve.

23           MR. SCHMIDTLEIN:  Understood, Your Honor.

24           And, I mean, the fact that -- if you've only got
25   really one day for this, then that's even helpful to us so

```
 1   we can get a sense of --
 2              THE COURT:  But, again, that's just right now
 3   without having cracked a single brief.  So that's why I've
 4   asked you to hold the two days, because I may get into this
 5   and think, one day is not going to be enough.  I will say
 6   that when I've had -- well -- I can't -- where I've had
 7   complicated cases, I will -- I've advised the parties in
 8   advance of how I'd like to structure the arguments.  So let
 9   me assure you that you won't show up on the 12th or the 13th
10   without any sense of how the day or days will be organized,
11   so you'll certainly have advanced warning of that.
12              MR. SCHMIDTLEIN:  We appreciate that, Your Honor.
13              MR. DINTZER:  Thank you, Your Honor.
14              THE COURT:  I can't tell you exactly how much
15   advanced warning you'll have right now but...
16              MR. DINTZER:  Exciting, Your Honor.
17              MR. SCHMIDTLEIN:  We'll take whatever you can give
18   us.
19              MR. CAVANAUGH:  Exactly.
20              THE COURT:  So okay.  Is there anything else we
21   need to discuss?
22              MR. DINTZER:  No, Your Honor.
23              THE COURT:  Okay.  All right.  Thank you, all.
24   We'll see you soon.
25              (Proceedings concluded at 4:38 p.m.)
```

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

      Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__March 3, 2023_____   

                           William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [1]** 3/2
**MR. CAVANAUGH: [2]** 8/11 13/19
**MR. DINTZER: [14]** 4/6 4/13 5/4 6/2 7/13 7/22 8/13 10/3 10/18 11/18 12/6 13/13 13/16 13/22
**MR. SCHMIDTLEIN: [10]** 4/8 10/20 10/23 11/1 11/3 11/25 12/3 12/23 13/12 13/17
**THE COURT: [22]**

**0**
**0340 [1]** 1/15

**1**
**10036-6710 [1]** 1/20
**10th [2]** 4/3 4/10
**1100 [1]** 1/14
**1133 [1]** 1/19
**12th [4]** 2/3 10/21 12/14 13/9
**13th [4]** 4/4 10/21 12/14 13/9
**19 [1]** 14/6

**2**
**20-3010 [2]** 1/4 3/3
**20001 [1]** 2/8
**20005 [1]** 2/3
**202 [3]** 1/15 2/4 2/9
**2023 [2]** 1/5 14/10
**212 [1]** 1/20
**2200 [1]** 1/19
**24th [3]** 4/5 4/13 4/17
**2793 [1]** 1/20

**3**
**30 [7]** 5/6 5/17 6/20 7/5 7/18 7/24 8/4
**3010 [2]** 1/4 3/3
**307-0340 [1]** 1/15
**3249 [1]** 2/9
**333 [1]** 2/8
**335-2793 [1]** 1/20
**354-3249 [1]** 2/9

**4**
**434-5000 [1]** 2/4
**4:15 [1]** 1/6
**4:38 [1]** 13/25

**5**
**5000 [1]** 2/4

**6**
**6710 [1]** 1/20

**7**
**725 [1]** 2/3

**8**
**8th [1]** 5/16

**A**
**able [1]** 7/24
**about [12]** 3/18 4/11 4/18 5/25 6/17 7/25 7/25 8/2 8/3 11/5 11/20 11/24
**above [1]** 14/4
**above-titled [1]** 14/4
**access [2]** 5/10 6/14
**Action [1]** 3/3
**actually [1]** 9/3
**add [1]** 8/9
**additional [2]** 6/11 9/1
**address [1]** 5/18
**addressed [1]** 10/14
**advance [2]** 9/17 13/8
**advanced [2]** 13/11 13/15
**adverse [1]** 10/9
**advised [1]** 13/7
**affect [2]** 9/20 10/11
**afternoon [2]** 3/2 3/9
**afterwards [1]** 5/15
**again [1]** 13/2
**ago [1]** 11/5
**agree [2]** 9/8 10/4
**agreed [1]** 11/20
**agreement [1]** 11/23
**ahead [1]** 11/2
**aided [1]** 2/10
**al [2]** 1/3 3/4
**all [14]** 3/9 3/10 4/16 4/20 6/20 8/6 9/14 9/25 11/13 12/8 12/17 12/21 13/23 13/23
**all right [2]** 3/9 12/8
**along [1]** 6/10
**already [1]** 6/13
**also [2]** 5/7 7/7
**Am [1]** 4/7
**AMERICA [2]** 1/3 3/3
**Americas [1]** 1/19
**AMIT [1]** 1/10
**another [2]** 10/11 12/18
**answer [2]** 8/2 12/10
**answers [1]** 9/15
**any [6]** 3/21 6/12 9/25 11/15 11/23 13/10
**anything [3]** 8/9 11/20 13/20
**apologize [1]** 12/6
**APPEARANCES [2]** 1/12 1/22
**appreciate [2]** 10/18 13/12
**appropriate [1]** 9/19
**April [6]** 4/3 4/4 4/10 9/10 12/13 12/14
**are [10]** 3/20 4/17 4/20 7/7 8/6 8/19 9/11 9/23 12/10 12/18
**area [1]** 10/11
**argument [5]** 3/16 4/3 5/14 6/25 9/12
**arguments [3]** 4/17 11/12 13/8
**arose [1]** 5/22
**as [10]** 5/7 7/12 8/14 8/15 8/18 8/19 10/12 11/12
**aside [2]** 10/21 12/14
**ask [5]** 7/25 8/2 8/5 9/3 12/13
**asked [3]** 6/16 10/23 13/4
**asking [1]** 8/19
**assistance [1]** 7/19
**assure [1]** 13/9
**attachments [1]** 6/10
**available [2]** 9/11 9/23
**Avenue [2]** 1/19 2/8
**aware [1]** 6/3
**awkward [1]** 9/24

**B**
**Barrett [1]** 2/7
**based [1]** 8/19
**basic [1]** 11/21
**basis [1]** 3/23
**be [23]**
**bears [1]** 6/1
**because [4]** 6/13 9/3 10/8 13/4
**been [5]** 3/10 3/15 3/25 6/6 8/16
**before [9]** 1/10 4/23 5/11 5/13 8/9 10/7 10/7 10/14 12/19
**behalf [1]** 3/6
**believe [8]** 5/12 5/23 6/21 10/4 10/21 11/3 11/4 11/7
**believed [2]** 11/5 11/16
**BELKNAP [1]** 1/18
**bench [1]** 9/22
**between [2]** 4/16 6/25
**bit [1]** 9/24
**both [2]** 11/4 11/7
**breadth [1]** 8/4
**brief [3]** 3/15 8/15 13/3
**burden [1]** 6/12

**C**
**calendar [1]** 12/15
**California [1]** 5/23
**came [1]** 11/7
**can [14]** 4/23 5/24 6/18 6/20 6/22 9/2 9/9 9/10 9/18 12/14 12/17 12/20 13/1 13/17
**can't [2]** 13/6 13/14
**care [1]** 9/10
**case [11]** 5/9 5/22 5/25 6/3 6/10 6/11 6/15 6/17 6/17 7/8 9/5
**cases [1]** 13/7
**Cavanaugh [4]** 1/17 3/6 5/3 8/9
**certain [4]** 6/3 6/4 6/6 9/22
**certainly [2]** 9/10 13/11
**Certified [1]** 2/6
**certify [1]** 14/2
**CH [1]** 2/7
**chance [1]** 5/17
**change [1]** 7/10
**chats [3]** 6/6 6/11 7/11
**Civil [1]** 3/3
**claim [1]** 9/1
**clarity [1]** 10/1
**clear [1]** 6/19
**close [2]** 5/15 12/11
**Colorado [2]** 1/17 3/6
**COLUMBIA [1]** 1/1
**come [1]** 5/8
**comment [1]** 10/3
**commit [1]** 12/20
**communicated [1]** 11/4
**complicated [1]** 13/7
**computer [1]** 2/10
**computer-aided [1]** 2/10
**concluded [1]** 13/25
**conclusion [2]** 10/12 11/8
**conduct [2]** 6/22 8/21
**CONFERENCE [1]** 1/9
**connection [1]** 11/6
**CONNOLLY [1]** 2/2
**consider [1]** 9/18
**Constitution [1]** 2/8
**contemplating [1]** 4/20
**CONTINUED [1]** 2/1
**control [1]** 11/10
**convenience [1]** 9/13
**copy [1]** 5/7
**correct [3]** 10/25 11/18 14/3
**could [3]** 5/10 9/23 10/11
**counsel [2]** 3/9 7/19
**course [2]** 6/2 8/22
**court [11]** 1/1 2/5 2/7 5/12 5/19 5/19 6/21 6/24 7/2 11/22 14/7
**Court's [2]** 9/12 10/11
**cover [1]** 8/4
**COVID [1]** 14/6
**COVID-19 [1]** 14/6
**cracked [1]** 13/3
**CRR [2]** 14/2 14/11
**custodian [3]** 7/6 7/9 7/12
**custodians [4]** 6/17 7/8 7/19 7/23
**CV [1]** 1/4

**D**
**D.C [4]** 1/5 1/14 2/3 2/8
**date [3]** 3/17 5/15 14/10
**dates [2]** 4/7 10/23
**Daubert [3]** 11/6 11/13 11/21
**day [3]** 12/25 13/5 13/10
**days [3]** 12/16 13/4 13/10
**declaration [2]** 7/5 7/6
**declarations [4]** 5/5 5/18 6/16 7/23
**deeper [1]** 7/24
**default [2]** 7/16 11/22
**Defendant [2]** 1/7 2/2
**deficiency [1]** 10/10
**deleting [1]** 8/1
**deletion [1]** 7/10
**demands [1]** 12/18
**denies [1]** 8/22
**DEPARTMENT [1]** 1/13
**depending [1]** 8/24
**deserve [1]** 12/22
**destruction [1]** 6/6
**detail [1]** 3/21
**determine [1]** 7/11
**did [2]** 11/16 12/3
**didn't [1]** 7/25
**different [1]** 11/9
**Dintzer [5]** 1/13 3/5 5/2 5/20 9/7
**direction [1]** 11/15
**disagree [1]** 9/6
**discovery [1]** 9/1
**discuss [1]** 13/21
**discussion [1]** 3/18
**discussions [1]** 7/16
**DISTRICT [4]** 1/1 1/1 1/10 5/23
**do [4]** 5/17 8/9 9/8 9/24
**does [1]** 9/8
**doing [2]** 3/10 8/2
**DOJ [2]** 1/13 3/5
**don't [5]** 4/21 5/2 5/12 10/10 11/11
**dozens [2]** 7/8 7/8
**due [3]** 4/3 4/5 4/12
**duplicated [1]** 6/15
**during [1]** 14/5

**E**
**each [3]** 7/9 7/12 7/19
**earliest [1]** 9/13
**early [1]** 5/16
**effort [1]** 7/11
**either [1]** 11/12
**else [1]** 13/20
**Email [3]** 1/15 1/21 2/4
**end [1]** 12/19
**engaging [1]** 6/5
**enough [1]** 13/5
**entitled [1]** 8/25
**envisioned [1]** 9/17
**Epic [4]** 5/9 5/22 6/3 6/10
**establish [1]** 9/1
**et [2]** 1/3 3/4
**et al [1]** 3/4
**evaluate [1]** 4/23
**even [1]** 12/25
**event [2]** 9/25 12/15
**everybody [5]** 3/10 3/13 3/17 4/15 4/19
**everything [1]** 10/4
**evidentiary [4]** 3/25 4/21 11/5 11/25
**exact [2]** 9/2 9/4
**exactly [2]** 13/14 13/19
**Exciting [1]** 13/16
**expectation [1]** 7/17
**extra [1]** 6/12

**F**

**fact [2]** 8/5 12/24
**facts [1]** 10/10
**fall [1]** 8/1
**farther [1]** 7/1
**feature [1]** 6/18
**figure [4]** 4/19 4/25 9/2 12/19
**figuring [1]** 12/12
**file [1]** 7/7
**filed [4]** 3/14 4/9 8/14 8/17
**filings [2]** 3/12 6/10
**finally [1]** 6/7
**find [1]** 7/19
**finding [1]** 8/21
**firm [1]** 11/14
**first [1]** 7/22
**followup [1]** 7/6
**foregoing [1]** 14/3
**forgive [1]** 4/14
**fortuitous [1]** 10/8
**Friday [2]** 4/9 8/16
**full [1]** 5/10
**further [2]** 11/11 11/15
**future [1]** 11/16

**G**

**gather [4]** 3/13 4/19 5/6 6/20
**general [1]** 3/22
**get [12]** 3/17 5/10 5/17 6/4 6/23 6/24 7/22 9/10 10/9 12/21 13/1 13/4
**getting [1]** 4/7
**give [2]** 11/15 13/17
**given [3]** 4/25 11/13 12/17
**gives [1]** 4/18
**go [3]** 7/24 10/12 11/2
**Go ahead [1]** 11/2
**going [7]** 5/15 6/4 8/15 9/3 12/12 12/21 13/5
**good [2]** 3/2 3/9
**GOOGLE [12]** 1/6 2/2 3/4 3/8 4/21 5/6 6/5 6/7 6/12 8/2 8/22 11/23
**Google LLC [2]** 3/4 3/8
**Google's [4]** 4/2 4/9 6/22 7/25
**got [3]** 6/8 6/23 12/24
**grants [1]** 6/24
**great [1]** 3/21
**guidance [1]** 11/11

**H**

**had [5]** 6/6 7/9 7/12 13/6 13/6
**has [4]** 3/10 3/16 8/22 11/9
**have [25]**
**haven't [3]** 5/7 9/3 11/23
**having [3]** 6/15 9/17 13/3
**he [1]** 11/19
**hear [1]** 11/12
**heard [1]** 4/6

hearing [14] 4/1 4/2 5/11 5/12 5/13 5/17 5/19 7/1 9/9 10/5 10/6 11/6 11/21 14/5
**hearings [1]** 9/18
**help [1]** 7/4
**helpful [2]** 10/1 12/25
**her [1]** 7/12
**here [1]** 7/10
**his [1]** 7/12
**history [2]** 6/18 7/15
**history-off [2]** 6/18 7/15
**hold [3]** 8/3 10/24 13/4
**holding [1]** 10/5
**Honor [19]**
**Honor's [1]** 11/3
**HONORABLE [1]** 1/10
**hope [2]** 3/10 4/22
**how [8]** 4/25 5/25 8/24 9/20 12/12 13/8 13/10 13/14

**I**

**I apologize [1]** 12/6
**I believe [5]** 5/23 10/21 11/3 11/4 11/7
**I can [4]** 4/23 9/18 12/14 12/17
**I can't [2]** 13/6 13/14
**I have [3]** 3/22 12/10 12/13
**I hope [1]** 3/10
**I know [2]** 10/20 11/13
**I mean [3]** 7/7 10/16 12/24
**I misspoke [2]** 4/11 4/15
**I think [5]** 9/14 10/22 10/23 11/4 12/15
**I understand [2]** 5/21 8/18
**I will [2]** 13/5 13/7
**I'd [1]** 13/8
**I'm [6]** 4/24 6/4 12/11 12/12 12/18 12/19
**I'm just [1]** 4/24
**I'm not [2]** 6/4 12/11
**I've [6]** 3/21 12/14 13/3 13/6 13/6 13/7
**idea [2]** 7/5 12/10
**impact [1]** 4/24
**implications [1]** 3/16
**including [1]** 6/5
**indicated [1]** 9/4
**individual [3]** 7/9 7/12 8/5
**inferences [1]** 10/9
**information [3]** 5/6 6/8 9/2
**inquiries [1]** 7/18
**instead [1]** 12/16
**instruct [1]** 9/24
**is [35]**
**Is there [1]** 13/20
**issue [6]** 5/22 8/1 9/17 10/7 10/16 12/1
**issues [1]** 8/5

**it's [5]** 3/10 5/8 6/13 7/17 9/24

**J**

**John [2]** 2/2 3/8
**Jr [1]** 1/17
**jschmidtlein [1]** 2/4
**JUDGE [2]** 1/10 8/11
**judgment [11]** 3/16 4/3 4/17 4/23 4/24 5/13 9/9 9/18 9/21 10/7 10/8
**just [12]** 3/17 3/19 4/19 4/24 5/24 6/11 6/13 11/25 12/13 12/15 12/17 13/2
**JUSTICE [1]** 1/13

**K**

**Ken [1]** 12/1
**Kenneth [2]** 1/13 3/5
**kenneth.dintzer2 [1]** 1/16
**kind [1]** 6/20
**know [4]** 9/12 10/20 11/11 11/13

**L**

**laid [1]** 8/20
**last [1]** 8/1
**lay [1]** 8/3
**least [2]** 3/19 4/4
**leaves [1]** 4/16
**left [1]** 12/14
**let [1]** 13/8
**letter [1]** 12/3
**light [1]** 5/24
**like [3]** 6/13 12/11 13/8
**limitations [1]** 14/7
**limited [1]** 7/9
**little [1]** 9/24
**LLC [3]** 1/6 3/4 3/8
**LLP [2]** 1/18 2/2
**look [1]** 12/9
**looked [1]** 3/21
**lot [1]** 9/6

**M**

**made [1]** 6/3
**mainly [1]** 9/16
**make [2]** 6/21 7/18
**March [5]** 1/5 4/10 4/13 4/17 14/10
**March 24th [1]** 4/17
**materials [4]** 5/9 5/25 6/24 7/1
**matter [1]** 14/4
**may [10]** 4/6 5/16 5/16 8/25 8/25 10/20 11/14 11/18 12/11 13/4
**maybe [2]** 4/21 5/16
**me [4]** 4/14 7/4 11/19 13/9
**mean [4]** 5/24 7/7 10/16 12/24
**mechanical [1]** 2/10
**MEHTA [1]** 1/10
**Merit [1]** 2/6
**might [1]** 9/23

**mind [1]** 10/15
**misspoke [3]** 4/10 4/11 4/15
**misunderstood [1]** 12/7
**month [1]** 12/19
**more [6]** 5/6 5/8 5/24 6/8 7/25 9/2
**motion [22]**
**motions [3]** 9/21 11/7 11/13
**mountain [1]** 11/14
**Mr. [11]** 5/2 5/3 5/20 8/9 8/10 8/12 9/7 11/2 11/19 12/7 12/9
**Mr. Cavanaugh [2]** 5/3 8/9
**Mr. Dintzer [3]** 5/2 5/20 9/7
**Mr. Schmidtlein [6]** 8/10 8/12 11/2 11/19 12/7 12/9
**much [1]** 13/14
**my [8]** 3/19 3/23 7/7 7/8 9/20 10/1 12/14 12/17
**myself [1]** 9/24

**N**

**necessarily [1]** 10/5
**necessary [3]** 6/21 11/6 11/9
**need [5]** 4/21 9/8 12/12 12/15 13/21
**needs [2]** 5/13 10/13
**never [1]** 8/3
**New [1]** 1/20
**next [3]** 4/9 8/16 8/23
**nice [1]** 3/10
**no [6]** 1/4 8/11 8/11 10/16 12/10 13/22
**Northern [1]** 5/23
**not [15]**
**note [1]** 14/5
**now [4]** 12/13 12/18 13/2 13/15
**NW [3]** 1/14 2/3 2/8
**NY [1]** 1/20

**O**

**oath [2]** 6/19 7/15
**obviously [7]** 6/4 8/7 9/7 9/21 10/9 11/9 11/17
**occurred [2]** 8/22 14/5
**off [2]** 6/18 7/15
**Official [1]** 2/7
**okay [9]** 4/14 8/8 9/14 9/25 10/17 10/19 12/6 13/20 13/23
**one [10]** 4/21 4/22 5/19 6/1 10/3 10/11 12/16 12/18 12/25 13/5
**only [1]** 12/24
**open [1]** 12/14
**opinion [1]** 10/8
**opportunity [1]** 7/10
**oppose [1]** 8/23

**opposition [2]** 4/2 4/9
**order [1]** 8/21
**organized [1]** 13/10
**origin [1]** 5/21
**other [1]** 12/17
**otherwise [1]** 9/23
**ought [3]** 4/25 9/20 9/20
**our [8]** 3/16 4/3 5/5 6/23 6/24 7/22 8/7 11/21
**out [9]** 4/20 4/25 5/16 7/20 8/20 9/2 12/11 12/12 12/19
**own [1]** 12/15

**P**

**p.m [2]** 1/6 13/25
**pandemic [1]** 14/6
**paper [1]** 11/14
**papers [1]** 9/12
**part [1]** 7/11
**parties [1]** 13/7
**PATTERSON [1]** 1/18
**pbwt.com [1]** 1/21
**pending [1]** 8/24
**people [1]** 6/17
**per [1]** 11/3
**period [1]** 6/7
**permitted [1]** 7/18
**person's [1]** 7/20
**place [2]** 5/13 5/14
**Plaintiff [1]** 1/17
**plaintiff's [1]** 3/21
**plaintiffs [5]** 1/4 1/13 3/5 3/7 9/16
**Please [1]** 14/5
**point [1]** 12/10
**pose [1]** 9/15
**position [2]** 5/18 11/22
**potential [1]** 4/23
**practice [2]** 7/14 7/20
**practices [3]** 6/4 6/5 7/25
**prepare [1]** 7/1
**present [1]** 4/4
**presentation [1]** 7/2
**presumably [1]** 6/25
**presumption [1]** 3/20
**Prettyman [1]** 2/7
**prior [1]** 9/9
**probably [3]** 5/8 5/14 11/19
**proceed [1]** 3/20
**proceedings [4]** 1/9 2/10 13/25 14/4
**process [1]** 8/18
**produced [2]** 2/10 6/11
**provides [1]** 10/1
**punishment [1]** 10/6
**push [1]** 6/6
**pushed [1]** 6/7
**put [2]** 5/7 12/3

**Q**

**question [1]** 9/15
**questions [2]** 8/2 8/3

**R**
reached [1] 11/23
read [1] 11/14
ready [1] 12/21
really [4] 9/15 9/15 12/20 12/25
Realtime [1] 2/6
reason [1] 3/13
recap [1] 3/19
receipt [1] 3/12
received [1] 8/3
recently [2] 3/14 5/8
recognize [1] 5/14
recollection [1] 7/7
record [2] 6/19 14/3
recorded [1] 2/10
records [1] 7/6
redacted [2] 5/9 5/25
regarding [1] 6/22
Registered [1] 2/6
related [1] 7/16
relatively [1] 5/15
relevant [1] 8/7
remotely [1] 14/7
reply [2] 4/5 4/12
Reporter [4] 2/5 2/6 2/6 2/7
reporting [1] 14/7
request [5] 3/13 3/24 3/25 11/4 11/22
requested [1] 3/15
require [1] 12/21
resolution [1] 10/13
resolved [2] 9/9 9/17
resolving [2] 10/5 10/7
respond [1] 8/15
right [15]
RMR [2] 14/2 14/11
rules [1] 8/25

**S**
said [4] 4/10 4/21 8/16 10/4
same [2] 5/22 11/8
sanction [4] 8/19 9/2 9/4 9/19
sanctionable [1] 8/21
sanctions [13] 3/14 3/22 3/24 3/24 4/1 4/2 4/5 4/24 5/1 8/7 9/17 9/22 10/6
save [1] 6/14
say [2] 5/20 13/5
saying [1] 9/7
schedule [1] 3/15
scheduled [1] 4/4
SCHEDULING [1] 1/9
Schmidtlein [8] 2/2 3/8 8/10 8/12 11/2 11/19 12/7 12/9
see [2] 3/10 13/24
seek [1] 8/25
seeking [4] 7/3 7/4 7/4 9/5
sense [2] 13/1 13/10
separately [1] 11/7
sequence [1] 4/25
sequencing [1] 10/17

set [1] 4/19
setting [1] 12/14
settings [3] 7/10 7/12 7/20
shed [1] 5/24
should [4] 5/14 8/20 10/12 11/21
shouldn't [1] 11/20
show [1] 13/9
showing [1] 6/21
sides [2] 11/4 11/7
similar [1] 5/22
since [1] 9/22
single [1] 13/3
six [1] 12/10
so [35]
some [6] 5/6 5/8 6/8 10/1 10/10 11/5
something [1] 10/12
sometime [1] 5/16
soon [1] 13/24
Sorry [1] 4/11
sort [3] 5/21 8/18 11/23
sought [1] 5/5
sound [1] 12/11
speaking [1] 11/19
specified [1] 3/25
spoliation [1] 8/21
St [1] 2/3
start [2] 5/2 12/20
State [1] 1/17
STATES [4] 1/1 1/3 1/10 3/3
stenography [1] 2/10
still [2] 10/13 12/18
stop [1] 8/1
Street [1] 1/14
structure [1] 13/8
structured [1] 12/13
subject [1] 14/6
subjects [2] 8/6 8/6
suggesting [1] 9/7
Suite [1] 1/19
summary [11] 3/16 4/3 4/17 4/23 4/24 5/13 9/9 9/18 9/21 10/7 10/8
suppose [1] 9/23

**T**
take [6] 5/13 5/14 9/10 9/11 10/2 13/17
technological [1] 14/7
tell [2] 12/17 13/14
terms [4] 4/20 7/3 8/16 12/12
thank [4] 8/11 8/13 13/13 13/23
Thank you [3] 8/13 13/13 13/23
that [59]
that's [8] 3/15 8/16 10/16 10/22 12/8 12/25 13/2 13/3
their [8] 5/7 6/18 6/19 7/14 7/20 8/3 8/18 9/4
them [4] 5/10 5/10 6/8 7/1
then [11] 4/5 4/12 5/18

12/14
there [10] 3/23 4/22 6/13 8/20 10/2 10/9 10/10 11/21 12/11 13/20
there's [1] 3/25
therefore [1] 14/6
these [7] 5/18 6/24 7/1 8/1 8/4 8/6 8/6
they [11] 7/15 7/25 8/14 8/18 8/25 8/25 9/1 9/2 9/3 9/16 11/5
they're [2] 9/3 9/4
they've [1] 8/20
things [2] 3/20 6/9
think [9] 4/10 9/14 10/10 10/13 10/22 10/23 11/4 12/15 13/5
thinking [2] 7/22 9/21
this [27]
those [3] 4/7 11/8 11/8
thoughts [1] 8/12
three [1] 4/18
through [1] 10/12
throw [1] 5/16
time [7] 6/7 6/25 11/5 11/15 12/11 12/17 12/20
timing [1] 11/12
titled [1] 14/4
together [2] 3/17 6/20
transcript [3] 1/9 2/10 14/3
transcription [1] 2/10
trial [3] 9/22 10/13 12/18
try [1] 9/1
trying [2] 4/25 12/19
turn [1] 8/10
two [3] 6/9 12/15 13/4
TYLER [1] 1/18

**U**
U.S [1] 1/13
under [2] 6/19 7/15
understand [4] 5/21 7/4 8/14 8/18
understanding [4] 3/19 3/22 3/23 7/9
Understood [1] 12/23
UNITED [4] 1/1 1/3 1/10 3/3
United States of [1] 3/3
unredacted [3] 5/10 6/10 6/14
unsatisfactory [1] 12/9
up [4] 5/8 8/19 9/11 13/9
us [9] 4/16 4/18 6/3 6/14 10/24 11/12 11/15 12/25 13/18
usdoj.gov [1] 1/16
use [4] 6/18 6/19 6/25 7/24
used [1] 7/15

**V**
versus [1] 3/4
VIA [1] 1/9
view [2] 11/9 11/14
vs [1] 1/5

**W**
want [8] 5/9 5/11 6/9 6/9 6/16 7/16 8/9 11/12
wanted [4] 3/17 4/19 9/15 9/16
wants [1] 5/19
warning [2] 13/11 13/15
was [10] 3/14 5/16 5/23 6/5 7/14 7/20 7/22 10/9 11/6 11/25
Washington [4] 1/5 1/14 2/3 2/8
way [1] 12/21
wc.com [1] 2/4
we [46]
we believe [2] 6/21 10/4
we'd [4] 5/17 6/9 7/16 7/23
we'll [5] 8/15 10/1 12/15 13/17 13/24
we're [3] 3/12 8/15 9/11
we've [5] 6/16 6/23 8/3 11/13 11/20
WEBB [1] 1/18
week [1] 8/23
weeks [2] 4/18 12/10
welcome [1] 11/17
well [6] 3/11 4/16 5/7 9/14 9/25 13/6
were [6] 5/15 6/11 7/21 10/23 11/8 11/8
wfcavanaugh [1] 1/21
what [19]
whatever [2] 11/22 13/17
when [5] 4/17 5/20 8/1 11/19 13/6
where [4] 3/19 12/20 12/20 13/6
whether [8] 7/15 9/16 9/19 9/19 10/12 11/5 11/12 11/20
which [6] 6/21 8/3 8/22 9/16 12/3 12/11
while [1] 9/6
who [1] 11/19
whole [1] 10/16
why [4] 5/2 7/25 10/16 13/3
will [8] 3/20 4/9 4/22 7/18 8/22 13/5 13/7 13/10
William [5] 1/17 2/5 3/6 14/2 14/11
WILLIAMS [1] 2/2
willing [1] 9/11
wishes [1] 5/12
withhold [1] 5/7
without [2] 13/3 13/10

witness [1] 7/18
witnesses [1] 8/6
won't [1] 13/9
work [1] 7/16
work-related [1] 7/16
would [17]
wouldn't [2] 6/12 8/5
wrong [1] 4/7

**Y**
Yes [3] 4/8 5/4 7/13
yet [1] 12/12
York [1] 1/20
you [36]
you'll [3] 4/14 13/11 13/15
you're [2] 7/3 7/4
you've [1] 12/24
your [22]
Your Honor [19]
Your Honor's [1] 11/3

**Z**
Zaremba [3] 2/5 14/2 14/11
ZOOM [1] 1/9